# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Application for the Recovery of Unclaimed Funds | ) ) | Case Number 97-61121-JSD |
| | ) | |
| CHARLES A. SIMMONS | ) | |
| LINDA SIMMONS | ) | |
| | ) | FILED |
| Debtor(s) | ) | at 2 O'clock & 40 min P M |
| | ) | Date 2-9-07 |
| BANK OF AMERICA CORP | ) | |
| | ) | Samuel L. Kay, Clerk |
| Claimant | ) | United States Bankruptcy Court Savannah, Georgia |

### ORDER DENYING APPLICATION FOR DISBURSEMENT OF UNCLAIMED FUNDS

The claimant filed an Application for the Recovery of Unclaimed Funds in the amount of $1,421.15 on January 9, 2007

A search of Court records revealed that funds totaling $1,421.25 were returned to the Chapter 13 Trustee on July 28, 2000. The balance in the Court Registry is $0.00

The Application for the Recovery of Unclaimed Funds is hereby denied.

United States Bankruptcy Judge

Entered at Brunswick, Georgia
this ___ day of January 2007